IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

KANETHIA TREMEKA STEELE
  a/k/a "Cookie"
and
KENNETH STEELE
  a/k/a "Happy"

_____/

INDICTMENT

1:24cr9-AW

THE GRAND JURY CHARGES:

## COUNT ONE

Between in or around September 2018, and on or about March 11, 2020, in the Northern District of Florida and elsewhere

**KANETHIA TREMEKA STEELE**
a/k/a "Cookie"
and
**KENNETH STEELE**
a/k/a "Happy,"

did knowingly and willfully combine, conspire, confederate, and agree together and with other persons to distribute and possess with intent to distribute a controlled substance, and this offense involved methamphetamine and cocaine, in violation of Title 21, United States Code, Section 841(a)(1).



Quantity of Controlled Substance Involved in the Conspiracy

With respect to defendant **KANETHIA TREMEKA STEELE**, the amount involved in the conspiracy attributable to her as a result of her own conduct and the conduct of other conspirators reasonably foreseeable to her, is 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers; and 500 grams or more of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(B)(ii).

With respect to defendant **KENNETH STEELE**, the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

# CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations charged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendants,

**KANETHIA TREMEKA STEELE**
a/k/a "Cookie"
and
**KENNETH STEELE**
a/k/a "Happy,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all of their interest in:

A. Property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as the result of such violations.

B. Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendants:

    i. cannot be located upon the exercise of due diligence;

    ii. has been transferred, sold to, or deposited with a third party;

    iii. has been placed beyond the jurisdiction of this Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants, up to the value of the above forfeitable property.

A TRUE BILL:

*Redacted*

May 7, 2024
DATE

JASON R. COODY
United States Attorney

COREY J. SMITH
Assistant United States Attorney